January 30, 1975.

M. P. No. 74-72. Thomas W. Hemenway v. Cheryl L. Hemenway. Motions of respondent to return the minor children of the parties to the State of Rhode Island, or that the appeals in the request for relief on the part of Thomas W. Hemenway be denied, or in the alternative that respondent be permitted to file a motion in the Family Court adjudging Thomas W. Hemenway in contempt and requesting that custody of the minor children be granted to respondent are denied. Paolino and Joslin, JJ. not participating. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle, Robert M. Silva, Joseph R. Palumbo, Jr.,* for petitioner. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for respondent.

M. P. No. 74-290. Florence T. Concannon v. Richard Concannon *et al.* Petition of the Rhode Island Bankers Association for leave to appear as amicus curiae is granted. Paolino and Joslin, JJ. not participating. *Edwards & Angell, John Fenn Brill,* for Rhode Island Bankers Association, amicus curiae.

M. P. No. 74-334. Brier Manufacturing Company v. John H. Norberg, *Tax Administrator.* Petition for writ of certiorari is granted, and the writ may issue forthwith. The instant case is consolidated for the filing of briefs and hearing with the case of *Brier Mfg. Co.* v. *Norberg,* 114 R. I. 923, 332 A.2d 784 (1975). Paolino and Joslin, JJ. not participating. *Isadore Paisner,* for petitioner. *Julius C. Michaelson,* Attorney General, *George H. Egan,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.